269 So.2d 815

**STATE of Louisiana**

**v.**

**Douglas C. SCHMIDT and Ralph G. Schmidt.**

**No. 52706.**

Nov. 28, 1972.

Murphy W. Bell, Baton Rouge, for defendants-appellants.

William J. Guste, Jr., Atty. Gen., Harry H. Howard, Asst. Atty. Gen., Sargent Pitcher, Jr., Dist. Atty., Alton T. Moran, Asst. Dist. Atty., for plaintiff-appellee.

John J. Dolan, Peter J. Compagno, New Orleans, for defendants-appellants.

William J. Guste, Jr., Atty. Gen., Harry H. Howard, Asst. Atty. Gen., Jim Garrison, Dist. Atty., Louise Korns, Asst. Dist. Atty., for plaintiff-appellee.

PER CURIAM.

The defendants were tried by a jury and found guilty of simple burglary (La.R.S.

14:62). They received sentences of nine years at the Louisiana State Penitentiary.

There were no bills of exceptions perfected as required by La.C.Cr.P. Art. 845. We are therefore limited to a review of the pleadings and proceedings for errors discoverable on the face thereof. State v. Thomas, 260 La. 425, 256 So.2d 431 (1972); State v. Sheppard, 260 La. 427, 256 So.2d 431 (1972). We find none.

The conviction and sentence are affirmed.